**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO CO., LTD., et al. | Case No. CV 19-6475 FMO (Ex) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| MYLOCKER.COM, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Entry of Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiffs Sanrio Co., Ltd. and Sanrio, Inc., and against defendants MyLocker.com, LLC d/b/a CustomCat, Bespoke Technologies, LLC, Robert Hake and Sandra Bittker, jointly and severally, in the total amount of $279,000, with post-judgment interest to be calculated pursuant to 28 U.S.C. § 1961(a).

2. Defendants, and their agents, servants, employees, successors and assigns, and all other persons acting in concert or conspiracy with or affiliated with them are permanently restrained and enjoined from infringing the Character Artwork, either directly or contributorily, in any manner, including, but not limited to, manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of the Character Artwork, and, specifically:

(A) Manufacturing, distributing, advertising, selling and/or offering for sale the Character Artwork or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Character Artwork;

(B) Manufacturing, distributing, advertising, selling and/or offering for sale in connection therewith any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Character Artwork;

(C) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, defendants' customers and/or members of the public to believe that, the actions of defendants, the products sold by defendants, or defendants themselves are connected with plaintiffs, are sponsored, approved or licensed by plaintiffs, or are affiliated with plaintiffs; and

(D) Affixing, applying, annexing or using in connection with the manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of plaintiffs.

3. Plaintiffs shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 28th day of July, 2020.

/s/
Fernando M. Olguin
United States District Judge